# IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT NASHVILLE

RICKYE D. ANDERSON, )
)
      Plaintiff/Appellant, )  **Rutherford Chancery No. 91DR-506**
)
VS. )  **Appeal No. 01A01-9704-CH-00186**
)
L. LOIS ANDERSON, )
)
      Defendant/Appellee. )

**FILED**

**March 6, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

**O R D E R**

Appellant has filed a petition to rehear which, after due consideration is respectfully denied.

So ordered this _____ day of March, 1998.

_____
HIGHERS, J.

_____
FARMER, J.

_____
TOMLIN, Sr. J.